# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

|  |  |
|---|---|
| CLINTON A. PATTERSON, INDIVIDUALLY, AND CLINTON A. PATTERSON AS ADMINISTRATOR OF THE ESTATE OF KATIE R. PATTERSON )<br><br>Plaintiffs, )<br><br>v. )<br><br>SPECIALIZED LOAN SERVICING, LLC, AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTER ASSET BACKED SECURITIES TRUST 2006-AB1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AB1 )<br>Defendant. ) | Case No.: 1:21-cv-00074-JRH-BKE |

## MOTION FOR A STAY OF PROCEEDINGS PENDING THE PAYMENT OF COSTS, INCLUDING ATTORNEYS' FEES PURSUANT TO RULE 41(d) AND INCORPORATED MEMORANDUM OF LAW

The plaintiffs in this action, Clinton A. Patterson, individually, and Clinton A. Patterson as administrator of the Estate of Katie R. Patterson, previously brought an action against Specialized Loan Servicing LLC ("SLS"), captioned *Clinton A. Patterson and Estate of Katie R. Patterson v. Specialized Loan Servicing, LLC*, in the Superior Court of McDuffie County, Georgia, which was removed to this Court and assigned case number 1:20-cv-00112-JRH-BKE (the "First Action"), based on the exact same factual allegations and transactions and alleging some of the many of the same claims Plaintiffs bring against SLS in this action.

The Plaintiffs voluntarily dismissed the First Action on September 18, 2020. Only five months after voluntarily dismissing, Plaintiffs filed a complaint based on the same claims as the First Action in McDuffie County. That action was then removed to this Court. The operative

pleading in the First Action and this case are based on the exact same facts and assert two of the exact same claims against SLS.

The Federal Rules of Civil Procedures protect defendants, like SLS, from having to defend a previously dismissed action, particularly in situations like here where the dismissal resulted in unnecessary cost and delay. Under Fed. R. Civ. P. 41(d), the Court may order a plaintiff who previously dismissed an action based on or including the same claims to pay the defendant's costs, including attorneys' fees, of the previous action and stay the proceedings until plaintiff has made those payments. *See also* Fed. R. Civ. P. 1 (the Rules "should be construed. Administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

Accordingly, SLS requests that the Court stay this action until Plaintiffs pay SLS's attorneys' fees and costs expended defending the First Action in the amount of $9,364.85.

## FACTUAL BACKGROUND

1. On or about July 1, 2020, Plaintiffs initiated the First Action by filing a Complaint against SLS in the Superior Court of McDuffie County, Georgia. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2. As set forth in the Complaint, the First Action related to a mortgage loan secured by property located in McDuffie County, Georgia. Plaintiffs allege that they submitted sufficient funds to satisfy the mortgage, but that SLS has failed to properly apply the payoff funds and release the security deed. *See* Exh. 1.

3. In the original Complaint, Plaintiffs asserted 3 counts against SLS: (1) breach of contract; (2) violation of the Fair Debt Collection Practices Act; and (3) slander of title. *See* Exh. 1.

4. On August 10, 2020, SLS removed the case to the United States District Court for the Southern District of Georgia.

5.    On August, 14, 2020, SLS moved to dismiss Plaintiffs' claims. A true and correct copy of the Motion to Dismiss is attached hereto as Exhibit 2.

6.    On or about September 4, 2020, Plaintiffs asked SLS to stipulate to an extension of time to respond to the Motion to Dismiss, to which SLS agreed. The parties extended the deadline to September 18, 2020. A true and correct copy of the Joint Motion to Extend Time for Response to Motion to Dismiss is attached hereto as Exhibit 3.

7.    Rather than file a response to the Motion to Dismiss or amend the Complaint, Plaintiffs field a Notice of Voluntary Dismissal on September 18, 2020. A true and correct copy of the Notice of Voluntary Dismissal is attached hereto as Exhibit 4.

8.    Now, five months after dismissing its case, Plaintiffs have filed another Complaint against SLS based on identical claims and factual allegations. *See generally* Dkt. 1.

9.    Like the First Action, Plaintiffs' Complaint asserts claims against SLS for breach of contract and slander of title. The Complaint adds the following counts, all of which are based on the exact same factual allegations and related to the primary claims of breach of contract and slander of title: (1) bad faith failure to cancel a security agreement; (2) declaratory judgment regarding the cancellation of the security deed and assignment and the satisfaction of the Note; (3) specific performance; (4) interference with enjoyment of property; (5) infliction of emotional distress; (6) Georgia Fair Business Practices Act; (7) Punitive Damages under the Fair Business Practices Act; (8) Equitable Relief under the Fair Businesses Practices Act; (9) Common law tort claim; (10) punitive damages; (11) attorney's fees and interest.

10.    On April 30, 2021, SLS and U.S. Bank removed this case to this Court.

## ARGUMENT

Based on Plaintiffs previous dismissal of the First Action, Plaintiffs should be required to pay SLS the fees it incurred in that prior action before the Court allows this case to proceed.

Rule 41(d) provides:

Costs of a Previously Dismissed Action. If a plaintiff who previously dismissed an action in any court files an action **based on or including the same claim** against the same defendant, the court:

(1) may order the plaintiff to pay all or part of the costs of that previous action; and

(2) may stay the proceedings until the plaintiff has complied.

Fed. R. Civ. Pro. Rule 41(d) (emphasis added). Imposing costs under Rule 41(d) "promotes the just, speedy and inexpensive determination of every action by deterring plaintiffs from changing forums mid-litigation and forcing a new court to start from scratch, thus wasting litigant expenses and judicial resources." *Cadle Co. v. Beury*, 242 F.R.D. 695, 698 (S.D. Ga. 2007).

The term "costs" in Rule 41(d) includes attorneys' fees. *Id.* at 698-699 ("To summarize, the word "costs" in Rule 41(d) . . . includes attorneys' fees. Alternatively, the term "costs" is at least ambiguous, and thus under Rule 1's just, speedy, and inexpensive litigation prism it must be read to include attorneys' fees. Either way, Rule 41(d) affords the Court discretion to award attorney's fees as part of the 'costs of the action previously dismissed'").

Under Rule 41(d), the Court has broad discretion regarding the amount of fees and costs to award. *See Pontenberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1256 n 2, 1260 (11th Cir. 2001).

Here, Plaintiffs claims in this action easily meet the requirements under Rule 41(d). Indeed, Plaintiffs Complaint is based on the exact same claims as the First Action as it is the same factual allegations and transactions at issue. Additionally, the Complaint contains some of the same claims previously incurred in the First Action.

The fees SLS incurred in the first action were reasonable. SLS already incurred substantial costs filing its Motion to Dismiss in the First Action, only to have the case voluntarily dismissed

before the Court could rule on the merits of the case. Rather than file an amended complaint in response to Motion, Plaintiffs dismissed the case, resulting in wasted time and resources.

By filing a second action, Plaintiff has forced SLS to incur additional fees and costs that it would not have been forced to expend if Plaintiff had not dismissed the First Action. For example, SLS's attorneys have been forced to re-familiarize themselves with the issues and SLS has had to re-incur filing and removal fees. This is the exact type of waste of litigant and judicial resources that Rule 41(d) protects against.

Along with this motion, SLS submits copies of excerpts of invoices it received, highlighting those entries that it seeks as part of this motion and redacting portions of entries that would reveal attorney-client privilege or work product.

A stay pending the payment of costs is likewise appropriate here under Rule 41(d)(2). As a matter of fairness, SLS should not be forced to continue to incur fees on this action until it is reimbursed for the fees and costs in incurred in the abandoned First Action.

## CONCLUSION

For all of these reasons, SLS requests that the Court stay this case pending Plaintiffs paying SLS its fees and costs in the amount of $9,364.85.

Dated:  May 7, 2021                         Respectfully submitted,

                                            */s/ Christine R. Emello*
                                            Christine R. Emello
                                            Georgia Bar No. 151598
                                            Sarah T. Reise (Admitted *pro hac vice*)
                                            Georgia Bar No. 181567
                                            BALLARD SPAHR LLP
                                            999 Peachtree Street
                                            Suite 1600
                                            Atlanta, GA 30309-3915
                                            Telephone: 678-420-9379
                                            Facsimile: 678-420-9301
                                            emelloc@ballardspahr.com
                                            reises@ballardspahr.com


                                            *Counsel for Defendants Specialized Loan*
                                            *Servicing, LLC and U.S. Bank National*
                                            *Association as Trustee for the Master Asset Backed*
                                            *Securities Trust 2006-AB1, Mortgage Pass-*
                                            *Through Certificates, Series 2006-AB1*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing MOTION FOR A STAY OF PROCEEDINGS PENDING THE PAYMENT OF COSTS, INCLUDING ATTORNEYS' FEES PURSUANT TO RULE 41(d) AND INCORPORATED MEMORANDUM OF LAW with the Clerk of Court using the CM/ECF system, which will automatically serve the following parties:

Charles W. Willis
WILLIS LAW FIRM LLC
318 Jackson Street, P.O. Box 1620
Thomson, GA 30824
*Counsel for Plaintiffs*

Dated:  May 7, 2021

*/s/ Christine R. Emello*
Christine R. Emello
Georgia Bar No. 151598
BALLARD SPAHR LLP
999 Peachtree Street
Suite 1600
Atlanta, GA 30309-3915
Telephone: 678-420-9379
Facsimile: 678-420-9301
emelloc@ballardspahr.com

*Counsel for Defendants Specialized Loan Servicing, LLC and U.S. Bank National Association as Trustee for the Master Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1*

# EXCERPTS OF INVOICES

# Ballard Spahr
**LLP**

TAX IDENTIFICATION NO: 23-0382195

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3915
Tel 678.420.9300
Fax 678.420.9301

August 18, 2020

Specialized Loan Servicing LLC
Attn: Bryan Sullivan
VP Litigation, Sr. Corporate Counsel
8742 Lucent Boulevard
Highlands Ranch, CO 80129

Dear Valued Client,

Enclosed is our newly enhanced Ballard Spahr invoice, which contains updated payment instructions. We request payments be made by ACH or Wire; however, if you prefer to remit by check, please update your records to reflect our NEW remittance address below.

**Ballard Spahr LLP**
**P O Box 825470**
**Philadelphia, PA 19182 5470**

We value you as our client and thank you for your prompt attention to this matter.

If you have any questions, please do not hesitate to call us at 215-864-8350 or email us directly at clientaccountservices@ballardspahr.com.

Sincerely,

Ballard Spahr LLP

# Ballard Spahr
**LLP**

TAX IDENTIFICATION NO: 23-0382195

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3915
Tel 678.420.9300
Fax 678.420.9301

Specialized Loan Servicing LLC                                  August 18, 2020
Attn: Bryan Sullivan                                            Invoice No. 20200803444
VP Litigation, Sr. Corporate Counsel
8742 Lucent Boulevard
Highlands Ranch, CO 80129

---

Client:        Specialized Loan Servicing (076236.00)

Matter:        Clinton A. Patterson & Estate of Katie R. Patterson v SLS (00349672)


FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020


### INVOICE SUMMARY

| | |
|---|---:|
| Professional Fees | $592.00 |
| **Total Invoice Amount** | **$592.00** |

076236.00 - 00349672                                              August 18, 2020
Sarah T. Reise                                              Invoice No. 20200803444

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/16/20 | Reise,S.T. | Initial review of complaint and date of service | 0.20 | 74.00 |
| 07/20/20 | Reise,S.T. | Review correspondence from client re: ███ ████ | 0.10 | 37.00 |
| 07/21/20 | Reise,S.T. | Review and analyze account records and payment history and prepare analysis of same for client | 1.00 | 370.00 |
| 07/27/20 | Reise,S.T. | E-mail to client re: ██████ ████████ | 0.10 | 37.00 |
| 07/28/20 | Reise,S.T. | Correspond with client re: ██████ ████ | 0.10 | 37.00 |
| 07/31/20 | Reise,S.T. | Correspond with client re: ████████ ████ | 0.10 | 37.00 |
| **Total Fees** | | | **1.60** | **$592.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|----------|--------------|-------------|---------------|
| Reise,S.T. | 1.60 | 370.00 | 592.00 |
| **Total Fees** | **1.60** | | **$592.00** |

# Ballard Spahr
### LLP

TAX IDENTIFICATION NO: 23-0382195

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3915
Tel 678.420.9300
Fax 678.420.9301

Specialized Loan Servicing LLC                          August 18, 2020
Attn: Bryan Sullivan                                    Invoice No. 20200803444
VP Litigation, Sr. Corporate Counsel
8742 Lucent Boulevard
Highlands Ranch, CO 80129

Client:      Specialized Loan Servicing (076236.00)

Matter:      Clinton A. Patterson & Estate of Katie R. Patterson v SLS (00349672)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020

**REMITTANCE ADVICE**

Professional Fees                                                    $592.00

**Total Invoice Amount**                                         **$592.00**

For billing inquiries please send an email to centralizedbilling@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days

# Ballard Spahr
### LLP

TAX IDENTIFICATION NO: 23-0382195

Enclosed is our newly enhanced Ballard Spahr invoice, which contains updated payment instructions. We request payments be made by ACH or Wire; however, if you prefer to remit by check, please update your records to reflect our NEW remittance address below.

Bank: PNC Bank, Philadelphia
Address: 1600 Market Street, Philadelphia, PA 19103
████████████
Account Name: Ballard Spahr LLP

**Ballard Spahr LLP**
**P O Box 825470**
**Philadelphia, PA 19182 5470**

We value you as our client and thank you for your prompt attention to this matter.

If you have any questions, please do not hesitate to call us at 215-864-8350 or email us directly at clientaccountservices@ballardspahr.com.

# Ballard Spahr
**LLP**

TAX IDENTIFICATION NO: 23-0382195

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3915
Tel 678.420.9300
Fax 678.420.9301

Specialized Loan Servicing LLC
Attn: Bryan Sullivan
VP Litigation, Sr. Corporate Counsel
8742 Lucent Boulevard
Highlands Ranch, CO 80129

September 22, 2020
Invoice No. 20200904870

Client:     Specialized Loan Servicing (076236.00)

Matter:     Clinton A. Patterson & Estate of Katie R. Patterson v SLS (00349672)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $7,091.00 |
| **Total Invoice Amount** | **$7,091.00** |

076236.00 - 00349672                                    September 22, 2020
Sarah T. Reise                                      Invoice No. 20200904870

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/03/20 | Reise,S.T. | Correspond with client re: ███████████ | 0.20 | 74.00 |
| 08/04/20 | Reise,S.T. | Review research from Cash Department and analyze allegations and claims in light of same | 0.50 | 185.00 |
| 08/05/20 | Reise,S.T. | Review claims and assess possible removal strategy | 0.20 | 74.00 |
| 08/06/20 | Reise,S.T. | Conference call with client team re: ███████ (.5); Telephone call with opposing counsel re: settlement (.2); Prepare notice of removal and notice of filing notice of removal (.6) | 1.30 | 481.00 |
| 08/06/20 | Morr,M. | Analyze settlement strategy; attend phone call with J. Booth and S. Riese re: ███████████ (no time charged or reflected for phone call in this entry) | 0.40 | 166.00 |
| 08/07/20 | Reise,S.T. | Legal research for motion to dismiss re: ███████ ██████████████ | 2.20 | 814.00 |
| 08/07/20 | Reise,S.T. | Review settlement counteroffer and correspond with client re: ████ | 0.30 | 111.00 |
| 08/08/20 | Reise,S.T. | Analyze claims and outline motion to dismiss complaint | 0.70 | 259.00 |
| 08/10/20 | Reise,S.T. | Finalize and coordinate removal of case to SDGA (.3); Prepare motion to dismiss, including additional research re: ███████████ | 2.70 | 999.00 |
| 08/10/20 | Williams,C.L. | Finalized review, analysis and electronic submission of Notice of Filing Removal,Civil Cover Sheet, Notice of Removal and exhibits and Corporate Disclosure Statement; preparation of service on Plaintiff's counsel | 2.30 | 414.00 |
| 08/11/20 | Reise,S.T. | Draft motion to dismiss | 3.10 | 1,147.00 |
| 08/12/20 | Reise,S.T. | Draft motion to dismiss and e-mail to client re: ████ | 1.70 | 629.00 |
| 08/13/20 | Reise,S.T. | Correspond with client re: ██████████ | 0.40 | 148.00 |
| 08/14/20 | Reise,S.T. | Revise and finalize motion to dismiss (.2); Prepare e-mail with settlement counter offer to opposing counsel (.5); Review attorney appearance deficiency and correspond with client re: ████ (.2) | 0.90 | 333.00 |

076236.00 - 00349672                                              September 22, 2020
Sarah T. Reise                                                Invoice No. 20200904870

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/18/20 | Reise,S.T. | Conference with local counsel re: ██████ ████ | 0.40 | 148.00 |
| 08/19/20 | Williams,C.L. | Preparation of application for pro hac vice admission and supporting certification; obtain certificate of good standing on behalf of Sarah Reise to attach as support | 3.40 | 612.00 |
| 08/20/20 | Reise,S.T. | Review and revise pro hac vice application and correspond with client and new local counsel W. Tate re: ████ | 0.40 | 148.00 |
| 08/21/20 | Reise,S.T. | E-mail to opposing counsel re: settlement offer (.1) and review and revise pro hac vice application (.1) | 0.20 | 74.00 |
| 08/24/20 | Reise,S.T. | Review notice of appearance and e-mail to local counsel re: ████ | 0.20 | 74.00 |
| 08/24/20 | Williams,C.L. | Prepare Litigant's Bill of Rights form for attorney review and submission by local counsel | 0.50 | 90.00 |
| 08/25/20 | Reise,S.T. | E-mail to local counsel re: pro hac vice application | 0.10 | 37.00 |
| 08/26/20 | Reise,S.T. | Review and finalize SLS's completed Litigant's Bill of Rights per local rules | 0.10 | 37.00 |
| 08/31/20 | Reise,S.T. | Email to opposing counsel re: settlement offer | 0.10 | 37.00 |
| **Total Fees** | | | **22.30** | **$7,091.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|----------|--------------|-------------|---------------|
| Morr,M. | 0.40 | 415.00 | 166.00 |
| Reise,S.T. | 15.70 | 370.00 | 5,809.00 |
| Williams,C.L. | 6.20 | 180.00 | 1,116.00 |
| **Total Fees** | **22.30** | | **$7,091.00** |

076236.00 - 00349672                                           September 22, 2020
Sarah T. Reise                                            Invoice No. 20200904870

## Disbursements

| Date | Description | Amount |
|------|-------------|-------:|
| 08/07/20 | Lexis Research | 0.00 |
| 08/08/20 | Lexis Research | 0.00 |
| 08/10/20 | Lexis Research | 0.00 |
| 08/11/20 | Lexis Research | 0.00 |
| 08/12/20 | Lexis Research | 0.00 |
| **Total Disbursements** | | **$0.00** |

# Ballard Spahr
**LLP**

TAX IDENTIFICATION NO: 23-0382195

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3915
Tel 678.420.9300
Fax 678.420.9301

Specialized Loan Servicing LLC                          September 22, 2020
Attn: Bryan Sullivan                                    Invoice No. 20200904870
VP Litigation, Sr. Corporate Counsel
8742 Lucent Boulevard
Highlands Ranch, CO 80129

Client:      Specialized Loan Servicing (076236.00)

Matter:      Clinton A. Patterson & Estate of Katie R. Patterson v SLS (00349672)

<u>FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020</u>

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $7,091.00 |
| **Total Invoice Amount** | **$7,091.00** |

For billing inquiries please send an email to centralizedbilling@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ▬▬▬▬▬▬▬▬▬▬ |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days

# Ballard Spahr
**LLP**

TAX IDENTIFICATION NO: 23-0382195

Enclosed is our newly enhanced Ballard Spahr invoice, which contains updated payment instructions. We request payments be made by ACH or Wire; however, if you prefer to remit by check, please update your records to reflect our NEW remittance address below.

Bank: PNC Bank, Philadelphia
Address: 1600 Market Street, Philadelphia, PA 19103
██████████████
Account Name: Ballard Spahr LLP

**Ballard Spahr LLP**
**P O Box 825470**
**Philadelphia, PA 19182 5470**

We value you as our client and thank you for your prompt attention to this matter.

If you have any questions, please do not hesitate to call us at 215-864-8350 or email us directly at clientaccountservices@ballardspahr.com.

# Ballard Spahr
**LLP**

TAX IDENTIFICATION NO: 23-0382195

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3915
Tel 678.420.9300
Fax 678.420.9301

Specialized Loan Servicing LLC                    October 7, 2020
Attn: Bryan Sullivan                              Invoice No. 20201001163
VP Litigation, Sr. Corporate Counsel
8742 Lucent Boulevard
Highlands Ranch, CO 80129

Client:     Specialized Loan Servicing (076236.00)

Matter:     Clinton A. Patterson & Estate of Katie R. Patterson v SLS (00349672)

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2020

### INVOICE SUMMARY

| | |
|---|---:|
| Professional Fees | $518.00 |
| Disbursements | $1,108.85 |
| **Total Invoice Amount** | **$1,626.85** |

076236.00 - 00349672                                                                October 7, 2020
Sarah T. Reise                                                          Invoice No. 20201001163

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/04/20 | Reise,S.T. | Telephone call with opposing counsel re: request for extension and review and approval of consent motion re; same | 0.20 | 74.00 |
| 09/04/20 | Williams,C.L. | Continued preparation of revised Notice of Withdrawal in compliance of the Court's local rules prepared on behalf of Stefanie Jackman for attorney review | 1.10 | No Charge |
| 09/11/20 | Williams,C.L. | Revise Notice of Withdraw pursuant to local rules and instruction from Clerk of Court for attorney review | 0.70 | No Charge |
| 09/14/20 | Williams,C.L. | Finalized preparation and electronic service of Motion to Withdraw Stefanie Jackman as counsel | 0.50 | No Charge |
| 09/18/20 | Reise,S.T. | Review e-mail from opposing counsel re: request for consent to voluntarily dismiss, review FRCP re: dismissal, and correspond with client re: strategy for responding to same | 1.20 | 444.00 |
| **Total Fees** | | | **3.70** | **$518.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|----------|-------------|-------------|---------------|
| Reise,S.T. | 1.40 | 370.00 | 518.00 |
| Williams,C.L. | 2.30 | 0.00 | 0.00 |
| **Total Fees** | **3.70** | | **$518.00** |

076236.00 - 00349672                                                      October 7, 2020
Sarah T. Reise                                                    Invoice No. 20201001163

## Disbursements

| Date | Description | Amount |
|------|-------------|-------:|
| 09/04/20 | Filing Fees VISA_0920_1429_06 - COURTS/USDC-GA-S-PG: 08/11/20; Filing Fee-S. Reise | 400.00 |
| 09/04/20 | Filing Fees VISA_0920_1429_10 - GREEN COURT LEGAL TECHNO: 08/11/20; Filing Fee-S. Reise | 31.35 |
| 09/04/20 | Filing Fees VISA_0920_1429_16 - PAYPAL *SUPREMECOUR: 08/19/20; Filing Fee-S. Reise | 10.00 |
| 09/18/20 | Lexis Research | 0.00 |
| 09/22/20 | Professional Services McCalla Raymer Leibert Pierce LLC - Inv #10022361 9/10/20 - Professional Services Rendered in the Matter of Patterson and Estate of Katie R. Patterson | 667.50 |
| **Total Disbursements** | | **$1,108.85** |

# Ballard Spahr
**LLP**

TAX IDENTIFICATION NO: 23-0382195

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3915
Tel 678.420.9300
Fax 678.420.9301

Specialized Loan Servicing LLC                          October 7, 2020
Attn: Bryan Sullivan                                    Invoice No. 2020100163
VP Litigation, Sr. Corporate Counsel
8742 Lucent Boulevard
Highlands Ranch, CO 80129

Client:      Specialized Loan Servicing (076236.00)

Matter:      Clinton A. Patterson & Estate of Katie R. Patterson v SLS (00349672)

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2020

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $518.00 |
| Disbursements | $1,108.85 |
| **Total Invoice Amount** | **$1,626.85** |

For billing inquiries please send an email to centralizedbilling@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ████████████████████ |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days

# Ballard Spahr
### LLP

TAX IDENTIFICATION NO: 23-0382195

We would like to request that payments be made either by WIRE or ACH.  Please see our payment options below.

### Account Wiring and ACH Instructions:

***Bank:***           *PNC Bank, Philadelphia*
***Address:***     *1600 Market Street, Philadelphia, PA 19103*

███████████████

***Account Name:***     *Ballard Spahr LLP*

██████████████████████████████

For your convenience, we now offer a secure online invoice payment link which gives you the flexibility to pay online and monitor all payments made to Ballard Spahr.

### Online Secure Payer Express Link – *ACH Payments*

**https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index**

If you are unable to pay electronically, please remit payment to our new lockbox address.

### Check Remittance Lockbox Address:

Ballard Spahr LLP
P O Box 825470
Philadelphia, PA 19182 5470

If you have any questions or need assistance, please call us at 215-864-8350 or email directly at clientaccountservices@ballardspahr.com.

# Ballard Spahr
**LLP**

TAX IDENTIFICATION NO: 23-0382195

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3915
Tel 678.420.9300
Fax 678.420.9301

Specialized Loan Servicing LLC
Attn: Bryan Sullivan
VP Litigation, Sr. Corporate Counsel
8742 Lucent Boulevard
Highlands Ranch, CO 80129

November 13, 2020
Invoice No. 20201104492

Client:     Specialized Loan Servicing (076236.00)

Matter:     Clinton A. Patterson & Estate of Katie R. Patterson v SLS (00349672)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020

### INVOICE SUMMARY

| | |
|---|---:|
| Disbursements | $55.00 |
| **Total Invoice Amount** | **$55.00** |

076236.00 - 00349672                                          November 13, 2020
Sarah T. Reise                                          Invoice No. 20201104492

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 10/21/20 | Professional Services McCalla Raymer Leibert Pierce LLC-Invoice# 10022574-Dated 10/13/20-Professional Services for - Review of Stipulation received from co-counsel | 55.00 |
| **Total Disbursements** | | **$55.00** |

# Ballard Spahr
**LLP**

TAX IDENTIFICATION NO: 23-0382195

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3915
Tel 678.420.9300
Fax 678.420.9301

Specialized Loan Servicing LLC                    November 13, 2020
Attn: Bryan Sullivan                              Invoice No. 20201104492
VP Litigation, Sr. Corporate Counsel
8742 Lucent Boulevard
Highlands Ranch, CO 80129

Client:      Specialized Loan Servicing (076236.00)

Matter:      Clinton A. Patterson & Estate of Katie R. Patterson v SLS (00349672)

<u>FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020</u>

**REMITTANCE ADVICE**

| | |
|---|---:|
| Disbursements | $55.00 |
| **Total Invoice Amount** | **$55.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
**https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index**

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | |
| Tel 678.420.9300 | |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days