# EXHIBIT 1

■ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
MCDUFFIE COUNTY, GEORGIA
**20CV0243**

JUL 01, 2020 09:27 AM

*Connie H. Cheatham*
Connie Cheatham, Clerk
McDuffie County, Georgia

IN THE SUPERIOR COURT OF MCDUFFIE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CLINTON A. PATTERSON ) | |
| And ESTATE OF KATIE R. PATTERSON, ) | |
| Plaintiffs, ) | Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| SPECIALIZED LOAN SERVICING, LLC ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT

NOW COMES, Clinton A. Patterson and the Estate of Katie R. Patterson (hereinafter collectively referred to as "Plaintiff") and files this Complaint against Specialized Loan Servicing, LLC ("hereinafter referred to as "Defendant") and respectfully shows the court as follows,

1. Plaintiff is an individual living and residing at Property more commonly described under the current system of numbering lots and blocks in McDuffie County, Georgia as 1913 Mattox Creek Drive, Thomson, McDuffie County, Georgia 30824 ("Property").

2. Defendant Specialized Loan Servicing, LLC is a mortgage loan servicer that may be served with summons and a copy of this Complaint by serving its Georgia registered agent, United Agent Group, Inc., 2985 Gordy Parkway, 1st Floor, Marietta, Georgia 30066.

3. U.S. Bank National Association, et al ("U.S. Bank") is the holder of a secured claim against Plaintiff by virtue of an assignment of that certain security deed, dated September 1, 2005, and recorded in the office of the Clerk of Superior Court of McDuffie in Deed book 418, pages 480-500 (hereinafter referred to as "Security Deed"). Said assignment was recorded on June 30, 2015 in the office of the Clerk of Superior Court of McDuffie County, Georgia in Deed Book 633, Page 886 *et sec.*

4. Defendant is the servicer of the loan that is secured by Security Deed.

5. Jurisdiction and venue is proper in this Court because the subject property is in McDuffie County, Georgia.

## FACTS

6. Plaintiff hereby incorporates paragraphs 1-5 of Plaintiff's Complaint as if fully restated herein.

7. Plaintiff's Loan Number with Defendants is 1017257591.

8. Sometime around April 2019, Plaintiff made a wire transfer to SLS for the purpose of paying off the loan on the Property.

9. Plaintiff reasonably expected the Security Deed to marked as satisfied in full upon payment of the payoff amount.

10. On April 1, 2019, Plaintiff made a wire transfer in the amount of $202,531.90 to Defendant SLS (hereinafter referred to as the "Wire Transfer 1").

11. Wire Transfer 1 was debited from a PNC Bank account and was deposited into bank account owned by SLS Payoff Clearing, the last four digits of said account bearing 8245.

12. In response to the first payoff, Defendant sent a letter to Plaintiff dated April 5, 2019 to explain that the funds received in the first payoff did not payoff the loan and that there was a shortage of $15,827.00 (hereinafter referred to as "Shortage Letter"). The Shortage Letter stated further "If the shortage payment is not received in our office by 3:00PM on 04/11/2019, the payoff monies will be returned." Shortage Letter is attached hereto as Exhibit A.

13. Moreover, Shortage Letter stated that "an additional per diem of $41.13 will be required up to the date of the receipt of the shortage."

14. Plaintiff made a second wire transfer of $16,114.91 to Defendant SLS on April 11, 2019 at 12:12PM (hereinafter referred to as the "Wire Transfer 2"). Plaintiff complied with the instructions of the Shortage Letter and paid off the mortgage to Defendants.

15. Attached hereto as Exhibit B is an excerpt of Plaintiff's pay history that Defendant provided to the undersigned counsel prior to initiation of this action ("Pay History"). The Pay History shows Defendant received the funds that Defendant specifically requested.

## BREACH OF CONTRACT

16. Plaintiff hereby incorporates Paragraphs 1-15 of Plaintiff's Complaint as if fully restated herein.

17. Defendant U.S. Bank National Association is a valid interest holder of the Security Deed.

18. Plaintiff complied with the instructions of the Shortage Letter by wiring $16,114.91 to Defendants on April 11, 2019.

19. Defendants have failed to mark Plaintiff's account as satisfied in full.

20. The Security Deed states in relevant part "upon payment of all sums secured by this Security Instrument, Lender shall cancel this Security Instrument."

21. Defendant has breached its contract with Plaintiff by failing to cancel the Security Deed.

22. Plaintiff has incurred actual damages as a result of the Defendants breach in an amount to be determined at trial.

## VIOLATION OF FAIR DEBT COLLECTION ACT

23. Plaintiff hereby incorporates Paragraph 1-22 of Plaintiff's Complaint as if fully restated herein.

24. Plaintiff has paid off all debts owed to Defendants.

25. Defendant routinely requests payment from Plaintiff for debt that Plaintiff no longer owes.

26. Defendant has attempted to collect a debt that Defendant is not legally entitled to.

27. Plaintiff has incurred actual damages as a result of Defendants' violation of the Fair Debt Collection Act.

28. Defendant has claimed that the total amount due is upwards of approximately $20,000.00.

29. Plaintiff is entitled to punitive damages for Defendants' intentional violation of the Fair Debt Collection Act in an amount to be determined at trial.

## SLANDER OF TITLE

30. Plaintiff hereby incorporates Paragraph 1-29 of Plaintiff's Complaint as if fully restated herein.

31. Plaintiff is the valid title holder to Property.

32. Defendant U.S. Bank maintains a security deed on Property that Defendant U.S. Bank does not have a valid claim to.

33. Defendants' maintenance of a Security Deed on Plaintiff's Property is a false, published statement on Plaintiff's title to Property.

34. Plaintiff has incurred actual damages as a result of the Slander of title in an amount to be determined at a trial.

WHEREFORE, Plaintiff hereby prays that this Court issue the following judgment:

a. That this Court issue a judgment in favor of Plaintiff and against Defendant for breach of contract; and

b. That this Court issue a judgment in favor of Plaintiff and against Defendant for violation of the Fair Debt Collection Practices Act; and

c. That this Court issue a judgment in favor of Plaintiff and against Defendant for slander of title; and

d. That this Court issue a judgment in favor Plaintiff for actual damages as a result of Plaintiff's emotional distress; and

e. That this Court issue a judgment against Defendant for Punitive Damages in an amount to deter future like conduct; and

f. That this Court issue a judgment in favor of Plaintiff for all attorney's fees and costs for having to file this action; and

g. For such other and further relief that this Court deems necessary and proper.

Dated: June 30, 2020.

Bowen A. Klosinski
Attorney for Plaintiff
Georgia Bar No. 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255

OL 02-80  04/05/19  1017257591



**Specialized Loan Servicing**
Part of the Computershare Group

04/05/19

ESTATE OF KATIE R PATTERSON　　　　　　　　　　　　RE: Loan Number: 1017257591
1913 MATTOX CREEK DRIVE
THOMSON　　　GA 30824

RE:　1913 MATTOX CREEK DR
　　　THOMSON　　　GA 30824

Dear ESTATE OF KATIE R PATTERSON

On 04/01/19, we received Wire in the amount of $202531.95. However, we are unable to pay off your loan due to a shortage for the following reason:

　Additional Interest Accrual: x

　Pre-Payment Penalty:

　Return Check Item:

　Tax or Insurance Disbursement:

　Certified Funds Required:

　Other:

In order to pay your loan in full, please send the payoff shortage amount of $15827 in the form of a cashiers check, money order, quick collect or wire. Please be sure to reference the additional funds as "shortage for payoff" and include your loan number. An additional per diem of $41.13 will be required up to the date of the receipt of the shortage. If the shortage payment is not received in our office by 3:00PM on 04/11/2019, the payoff monies will be returned.

8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129
Direct 800-315-4757   Fax 1-720-241-7218

| Transaction Date | Effective Date | Principal Amt | Interest Amt | Escrow Amt | Late Charge Amt | Unapplied Funds Amt | Transaction Amt | Transaction Type | Balance Principal | Balance Escrow | Paid Throu Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29/2019 | 07/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($202,531.95) | UFQ | N/A | N/A | 04/01/20 |
| 07/29/2019 | 07/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202,531.95 | UFU | N/A | N/A | 04/01/20 |
| 07/24/2019 | 07/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FB | N/A | N/A | 04/01/20 |
| 06/19/2019 | 06/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FB | N/A | N/A | 04/01/20 |
| 06/17/2019 | 06/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.40 | FB | N/A | N/A | 04/01/20 |
| 06/17/2019 | 06/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,625.00 | FB | N/A | N/A | 04/01/20 |
| 06/17/2019 | 06/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | FB | N/A | N/A | 04/01/20 |
| 06/17/2019 | 06/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | FB | N/A | N/A | 04/01/20 |
| 06/17/2019 | 06/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $240.00 | FB | N/A | N/A | 04/01/20 |
| 05/24/2019 | 05/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $705.00 | FB | N/A | N/A | 04/01/20 |
| 05/02/2019 | 05/02/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | FB | N/A | N/A | 04/01/20 |
| 05/02/2019 | 05/02/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $938.75 | FB | N/A | N/A | 04/01/20 |
| 04/26/2019 | 04/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.34 | FE | N/A | N/A | 04/01/20 |
| 04/26/2019 | 04/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $60.00 | FE | N/A | N/A | 04/01/20 |
| 04/26/2019 | 04/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $667.50 | FE | N/A | N/A | 04/01/20 |
| 04/26/2019 | 04/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FE | N/A | N/A | 04/01/20 |
| 04/26/2019 | 04/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FE | N/A | N/A | 04/01/20 |
| 04/26/2019 | 04/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FE | N/A | N/A | 04/01/20 |
| 04/26/2019 | 04/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FE | N/A | N/A | 04/01/20 |
| 04/26/2019 | 04/26/2019 | $0.00 | $0.00 | $2,342.36 | $0.00 | $0.00 | $2,342.36 | SR | 200189.59 | 0.00 | 04/01/20 |
| 04/26/2019 | 04/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | ($3,143.20) | ($3,143.20) | SRO | 200189.59 | -2342.36 | 04/01/20 |
| 04/26/2019 | 04/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($3,143.20) | UFU | N/A | N/A | 04/01/20 |
| 04/11/2019 | 04/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $202,531.95 | $202,531.95 | SR | 200189.59 | -2342.36 | 04/01/20 |
| 04/11/2019 | 04/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202,531.95 | UFQ | N/A | N/A | 04/01/20 |
| 04/11/2019 | 04/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | ($202,531.95) | ($202,531.95) | SRO | 200189.59 | -2342.36 | 04/01/20 |
| 04/11/2019 | 04/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($202,531.95) | UFQ | N/A | N/A | 04/01/20 |
| 04/11/2019 | 04/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $202,531.95 | $202,531.95 | SR | 200189.59 | -2342.36 | 04/01/20 |
| 04/11/2019 | 04/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202,531.95 | UFQ | N/A | N/A | 04/01/20 |
| 04/11/2019 | 04/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $16,114.91 | $16,114.91 | SR | 200189.59 | -2342.36 | 04/01/20 |
| 04/11/2019 | 04/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,114.91 | UFU | N/A | N/A | 04/01/20 |
| 03/13/2019 | 03/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FB | N/A | N/A | 04/01/20 |
| 02/25/2019 | 02/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.34 | FB | N/A | N/A | 04/01/20 |
| 02/25/2019 | 02/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $60.00 | FB | N/A | N/A | 04/01/20 |
| 02/19/2019 | 02/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FB | N/A | N/A | 04/01/20 |
| 01/11/2019 | 01/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FB | N/A | N/A | 04/01/20 |