IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CLINTON A. PATTERSON, individually, and CLINTON A. PATTERSON, as administrator of the Estate of Katie R. Patterson, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 121-074 |
| SPECIALIZED LOAN SERVICING, LLC, et al., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration, the Court **GRANTS** the motion to stay all remaining case deadlines while the parties finalize a written settlement agreement, which they anticipate will result in dismissal of the case. (Doc. no. 41.) The Court **STAYS** all pretrial deadlines and filing requirements through and including Friday, July 29, 2022. The parties shall advise the Court as to the status of the case by no later than July 29th, and if the case is not resolved and a dismissal has not been filed by that date, the parties shall submit a joint proposed Amended Scheduling Order by that same date.

SO ORDERED this 15th day of June, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA