IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CLINTON A. PATTERSON, individually, and CLINTON A. PATTERSON, as Administrator of the Estate of Katie R. Patterson,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>SPECIALIZED LOAN SERVICING, LLC, and U.S. NATIONAL ASSOCIATION, as Trustee for Master Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1,<br><br>　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  CV 121-074<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**O R D E R**

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 44.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of August, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA